ORIGINAL

1  THOMAS M. MCINERNEY, CA BAR NO. 162055
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  101 Second Street, Suite 1800
   San Francisco, CA 94105-3606
3  Tel. 415.371.1200
   Fax 415.371.1211
4
   Attorneys for Defendants
5  BECHTEL CORPORATION and
   BECHTEL CONSTRUCTION COMPANY

FILED
08 JAN -7 PM 2: 14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| JAMES RICHARD STIEFEL,<br><br>Plaintiff,<br><br>vs.<br><br>BECHTEL CORPORATION and BECHTEL CONSTRUCTION COMPANY<br><br>Defendant. | Case No.: '08 CV 0037 H AJB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST |

TO THE CLERK OF THE U.S. DISTRICT COURT AND THE PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE THAT, pursuant to U.S.D.C. for the Southern District of California Local Rule 40.2, defendants Bechtel Corporation's and Bechtel Construction Company's ultimate corporate parent is Bechtel Group, Inc.

Dated: January 7, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
Thomas M. McInerney
Attorneys for Defendant
Bechtel Corporation and Bechtel Construction Company

SF #1084431 v1                                              -1-
NOTICE OF PARTY WITH FINANCIAL INTEREST

*Stiefel v. Bechtel Corporation, et al.*

## CERTIFICATE OF SERVICE BY MAIL

CASE NO. (*new filing*)

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 333 South Hope Street, Suite 2900, Los Angeles, California 90071.

On January 7, 2008, I served the following entitled document:

## NOTICE OF PARTY WITH FINANCIAL INTEREST

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| DANZ & GERBER | DANZ & GERBER |
| Stephen F. Danz, Esq. | Marcus Jackson, Esq. |
| 13418 Ventura Boulevard | 1550 Hotel Circle North, Suite 170 |
| Sherman Oaks, California 91423 | San Diego, California 92108 |
| 818-783-7300; FAX 818-995-7159 | 619-297-9400; FAX 619-297-9444 |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 7, 2008, at Los Angeles, California.

_____
Robin Salyer

LA #591697 v1

-1-

CERTIFICATE OF SERVICE BY MAIL