ORIGINAL

1  THOMAS M. MCINERNEY, CA BAR NO. 162055    FILED
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  101 Second Street, Suite 1800                    08 JAN -7 PM 2: 14
   San Francisco, CA 94105-3606
3  Tel. 415.371.1200                           CLERK. U.S. DISTRICT COURT
   Fax 415.371.1211                        SOUTHERN DISTRICT OF CALIFORNIA
4
   Attorneys for Defendant                   BY: _____
5  BECHTEL CORPORATION and                              DEPUTY
   BECHTEL CONSTRUCTION COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA         BY FAX

10                                          '08 CV 0037 H AJB

11

12 JAMES RICHARD STIEFEL,            Case No.:

13            Plaintiff,             **NOTICE OF RELATED CASE**

14     vs.

15 BECHTEL CORPORATION and BECHTEL
   CONSTRUCTION COMPANY,

16            Defendant.

17

18     TO THE CLERK OF THE U.S. DISTRICT COURT AND THE PARTIES TO THIS

19 ACTION:

20     PLEASE TAKE NOTICE THAT plaintiff James Richard Stiefel filed a nearly identical

21 case to this one against Bechtel in which he alleged, in part, that he had been terminated from his

22 employment at Bechtel due to disability discrimination. This earlier case, entitled *James Richard*

23 *Stiefel v. Bechtel Corporation*, 06-CV-1414 H (WMc) ("*Stiefel I*"), was removed to this Court on

24 July 13, 2006 and assigned to the Honorable Marilyn L. Huff. *Stiefel I* included, in part, claims

25 for discrimination and retaliation under the Americans With Disabilities Act, 42 U.S.C. §§ 12101,

26 *et seq.* ("ADA"). On December 27, 2006, Stiefel filed a First Amended Complaint. On January

27 11, 2007, Bechtel filed a motion to dismiss the First Amended Complaint.

28

SF #1386444 v1                        -1-

                            NOTICE OF RELATED CASE

1      By order dated April 10, 2007, Judge Huff granted the motion to dismiss, although her

2  order with respect to Stiefel's claims under the ADA were granted "without prejudice" in light of

3  Stiefel's failure to exhaust his administrative remedies with respect to these claims. (April 10,

4  2007 Order, 7:11-13). Although the Court later terminated the remainder of *Stiefel I*, Judge Huff's

5  April 10, 2007 order authorized a later filing of his claims under the ADA upon his exhaustion of

6  his administrative remedies.

7      On October 11, 2007, Stiefel re-filed this action in San Diego Superior Court alleging

8  disability discrimination and retaliation under the ADA, *James Richard Stiefel v. Bechtel*

9  *Corporation and Bechtel Construction Company*, San Diego Superior Court Case No. 37-2007-

10  00056953-CU-OE-NC ("*Stiefel II*"). *Stiefel II* has now been removed to this Court based on

11  federal question grounds. Pursuant to Local Rule 40.1(d)(5), this case should be assigned to Judge

12  Huff in light of the fact it was re-filed within one year of having been terminated by the Court.

13  Moreover, *Stiefel I* and *Stiefel II* are related cases in light of the fact they involve the same

14  plaintiff, the same defendant, and the same factual allegations—that Stiefel was discriminated and

15  retaliated against while working at San Onofre Nuclear Generating Station ("SONGS") due to an

16  alleged disability—and both actions involve substantially the same questions of law. Because

17  *Stiefel I* and *Stiefel II* involve substantially the same legal and factual issues, Judge Huff is already

18  familiar with the underlying facts and legal contentions of the parties, and the parties are

19  represented by the same respective legal counsel, it is likely that assignment to Judge Huff will

20  save judicial effort and resources.

21

22  Dated: January 7, 2008

23                  THELEN REID BROWN RAYSMAN & STEINER LLP

24

25                  By  *Thomas McInerney*

26                    Thomas M. McInerney
                     Attorneys for Defendant
                     Bechtel Corporation and Bechtel Construction Company

27

28

1  *Stiefel v. Bechtel Corporation, et al.*

2                    **CERTIFICATE OF SERVICE BY MAIL**

3                                                    CASE NO. (*new filing*)

4

5        I am over the age of 18 and not a party to the within action.  I am employed in the County

6  of Los Angeles, State of California by Thelen Reid Brown Raysman & Steiner LLP.  My business

   address is 333 South Hope Street, Suite 2900, Los Angeles, California  90071.

7        On January 7, 2008, I served the following entitled document:

8                          **NOTICE OF RELATED CASE**

9
10  by placing a true and correct copy thereof in a sealed envelope addressed as follows:

11  DANZ & GERBER                        DANZ & GERBER
    Stephen F. Danz, Esq.                Marcus Jackson, Esq.
12  13418 Ventura Boulevard              1550 Hotel Circle North, Suite 170
    Sherman Oaks, California  91423      San Diego, California  92108
13
    818-783-7300; FAX 818-995-7159       619-297-9400; FAX 619-297-9444
14

15        I am readily familiar with the firm's business practice for collection and processing of

16  correspondence for mailing with the United States Postal Service.  On this day, I placed for

17  collection and processing the above document to be deposited with the United States Postal

18  Service in the ordinary course of business.  And in the ordinary course of the firm's business, such

19  correspondence is deposited with the United States Postal Service the same day that it is collected.

20        I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

22        Executed on January 7, 2008, at Los Angeles, California.

23                                    _____
                                            Robin Salyer
24

25

26

27

28

LA #591697 v1                          -1-