THOMAS M. MCINERNEY, CA BAR NO. 162055
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendants
BECHTEL CORPORATION and
BECHTEL CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL,<br><br>           Plaintiff,<br><br>vs.<br><br>BECHTEL CORPORATION and BECHTEL CONSTRUCTION COMPANY,<br><br>           Defendant. | Case No.: 08 CV 0037 H (WMc)<br><br>**DEFENDANTS' NOTICE REGARDING EXHIBIT** |

SF #1392283 v1

-1-

DEFENDANTS' NOTICE REGARDING EXHIBIT

1  TO THE COURT:

2  PLEASE TAKE NOTICE THAT attached is Exhibit A to the Complaint, which was
3  inadvertently not attached to the Notice of Removal. This Exhibit was attached to James Richard
4  Stiefel's Complaint on file with the San Diego Superior Court.
5  Dated: January 10, 2008

6                                          THELEN REID BROWN RAYSMAN & STEINER LLP

8                                          By _____/s/_____
                                           Thomas M. McInerney
                                           Attorneys for Defendants
9                                             Bechtel Corporation and Bechtel Construction Company

Exhibit A

# Danz & Gerber
EMPLOYMENT ATTORNEYS

13418 Ventura Boulevard · Danz & Gerber Building
Sherman Oaks, California 91423

January 17, 2007

Equal Employment Opportunity Commission
Los Angeles District Office
Roybal Federal Building
255 East Temple St., 4th Floor
Los Angeles, CA 90012

Facsimile: (213) 894-1118

SENT THIS DATE VIA FACSIMILE & OVERNIGHT MAIL

Re.: **MATTER OF JAMES STIEFEL v. BECHTEL CONSTRUCTION Co., et al.**

To whom it may concern:

The law firm of Danz & Gerber is submitting the enclosed EEOC paperwork on behalf of Mr. James Stiefel. Mr. Stiefel was the victim of discrimination and retaliation in violation of the Americans with Disabilities Act and Rehabilitation Act. Therefore, he wishes to obtain an immediate right to sue letter against Bechtel Corporation whose primary place of business is 50 Beale Street, San Francisco, CA 94105. Please issue an immediate right to sue letter to me on Mr. Stiefel's behalf. My address is Danz & Gerber, 1550 Hotel Circle Avenue North, Suite 170, San Diego, CA 92108. Do not send the right to sue letter to Mr. Stiefel directly.

Please feel free to call me at (619) 297-2025 should you have any questions or concerns. Thank you for your attention to this matter.

Best regards,

DANZ & GERBER

Marcus Jackson, Esq.

Encls.: As stated

(818) 783-7300 · (310) 842-8600 · (323) 525-1600 · (877) 525-0700     (818) 995-7159



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). Incomplete responses may delay further processing of your questionnaire by EEOC. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a."

*(PLEASE PRINT)*

1. **Personal Information**

Last Name: Stiefel , First Name: James   MI: Richard
Street or Mailing Address: 33872 Orilla Road   Apt Or Unit #: C
City: Dana Point   County: Orange   State: CA   Zip: 92629
Phone Numbers: Home: (949) 201-8709   Work: (  )
Cell: (  )   Email Address:
Date of Birth: 11/27/51   Sex: Male x  Female___ Race: caucasian
National Origin / Ethnicity_____   Do You Have a Disability? Yes x   No

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: Rachel Stiefel   Relationship: wife
Address: same   City:   State:   Zipcode:
Zip:   Home Phone: (  )   Other Phone: (  )

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer  x    Union_____    Employment Agency_____    Other (Please Specify) _____

2. **Organization Contact Information**

Organization #1 Name: Bechtel Corporation
Address: 50 Beale Street
City: San Francisco   State: CA Zip: 94105   Phone: (  )
Type of Business:_____   Job Location if different from Org. Address: San Onofre Nuclear Generating Station
Human Resources Director or Owner Name:_____   Phone:
Number of Employees in the Organization at All Locations: Please Check (✓) One
Less Than 15      15 – 100 ☐      101 – 200 ☐      201 – 500  x      More 500

Organization #2 Name:_____
Address:_____

_____y: _____ State: _____ Zip: _____ Phone :(___) _____
Type of Business: _____ Job Location if not at Org. Address: _____
Human Resources Director or Owner Name: _____ Phone: _____
Number Of Employees In The Organization At All Locations: please check (✓) one
Less Than 15 .    15 – 100 :    101 – 200 :_    201 – 500    More 500

3. Your Employment Data (Complete as many items as you can)

   Date Hired: 2004 in California / 1989 for a period in Arizona    Job Title At Hire: Ironworker

   Pay Rate When Hired: _____    Last or Current Pay Rate: approximately $50 per hour

   Job Title at Time of Alleged Discrimination: Ironworker

   Name and Title of Immediate Supervisor: Dave Smith

   IF Applicant, Date You Applied for Job _____ Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?

   *FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (✓) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (✓) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin; you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (✓) RETALIATION.*

   Race    Sex    Age    Disability ☒    National Origin ☐    Color ☐    Religion ☐    Retaliation ☒    Pregnancy

   Other reason (basis) for discrimination (Explain). _____

5. **What happened to you that you believe was discriminatory? Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you.** (Example: 10/02/06 – Written Warning from Supervisor, Mr. John Soto)

   A) Date: March 3, 2006    Action: Dave Smith, Ironworker Foreman despite knowing of my disability assigned me work that exceeded my medical restrictions. I could not use my left hand and yet he gave me job assignments requiring two hands despite the fact that there were jobs available not requiring the use of both hands that were given to other non-disabled workers on the crew.
   Name and Title of Person(s) Responsible: _____

   B) Date: October 2006    Action: Ryan Bowler the General Foreman for the Ironworkers, among possibly others, has directed that Bechtel's policy is I must be 100% healed before I can be put back to work. He told this to people who have asked to rehire me. Since I was put on a medical reduction in force Bechtel has hired at least 15 ironworkers.
   Name and Title of Person(s) Responsible _____

   Describe any other actions you believe were discriminatory.

   Bechtel refused to accommodate my industrial injury beginning in March 2006 and most recently in October 2006 when I was released by my doctor for light duty but the company has refused to put me back to work or offer any sort of accommodation. I recently learned that Bechtel is insisting that I be 100% healed before they will consider putting me back to work. I remain on a medical reduction in force. I also believe I was retaliated against for raising issues of unsafe working conditions and for seeking accommodation of and medical attention for my disability stemming from an industrial injury.

   (Attach additional pages if needed to complete your response.)

What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

_____
_____
_____
_____
_____

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

   Full Name                Job Title                                                      Description
   1. Numerous  Won't go into detail as I'm requesting an immediate right to sue letter.
   2. _____
   3. _____

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. Please check all that apply:
   - [x] Yes, I have an actual disability
   - [ ] I have had an actual disability in the past
   - [ ] No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, <u>what is the name of your disability?</u> How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

   Complete loss of use of left hand for all activities, including self cleaning and everday household acts such as opening doors
   _____
   _____
   _____
   _____

10. Did you ask your employer for any assistance or change in working condition because of your disability?
    YES [x]  NO [ ]
    Did you need this assistance or change in working condition in order to do your job?
    YES [ ]  NO [ ]
    If "YES", when? _____ To whom did you make the request? Provide full name of person _____ How did you ask (verbally or in writing)? _____
    Describe the assistance or change in working condition requested?
    I asked about job assignments not requiring the use of two hands or as an alternative I requested training for other positions that was available.

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

    Numerous. Won't go into detail as I am requesting an immediate right to sue letter.

|   | NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
|---|------|-----------|------------------------|
| A. |      |           |                        |
| B. | NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
| C. | NAME | JOB TITLE | ADDRESS & PHONE NUMBER |

12. Have you filed a charge previously in this matter with EEOC or another agency?  YES ☒  NO ☐

13. If you have filed a complaint with another agency, provide name of agency and date of filing:
Department of Fair Employment and Housing, most recent filing was December 15, 2006

14. Have you sought help about this situation from a union, an attorney, or any other source?
YES ☒  NO ☐  - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Represented by attorney Marcus Jackson of Danz & Gerber at 1550 Hotel Circle Avenue North, Suite 170 San Diego, CA 92108

_____  Signature                                     1/17/06  Today's Date

If you have not heard from an EEOC office within 30 days of mailing this form, please call toll-free number shown on the letter accompanying this form. Provide the tracking number at the top of page 1 of this form. Please make a copy of this form for your records before mailing.

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are

1  FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (10/2006).
2  AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3  PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4  ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to respondents in connection with litigation.
5  WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.



**U.S. Equal Employment Opportunity Commission**
**Los Angeles District Office - 480**

255 E. Temple St. 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

Respondent: BECHTEL CORPORATION
EEOC Charge No.: 480-2007-01344
FEPA Charge No.:

March 6, 2007

James Stiefel
C/O Law Offices Of Danz & Gerber
1550 Hotel Circle North
Suite 170
San Diego, CA 92108

Dear Mr. Stiefel:

This is with reference to your recent inquiry (an office visit, phone call, or correspondence) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to one or more of the following laws:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ X ]   The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, was drafted as a result of the information provided. To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". The date of signature on the charge will not affect the jurisdiction date established in any original written complaint previously given to EEOC.

(3) Return the signed charge to this office in the enclosed envelope.

Since charges should be processed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

[X]    Please be aware that the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

California Department Of Fair Employment & Housing
611 W. 6th St., Ste.1500
Los Angeles, CA 90017

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Sincerely,

*Ligita Landry*
Investigator
(213) 894-1041

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination

5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 480-2007-01344 |

_____ and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| MR. JAMES STIEFEL | (949) 201-8709 | 11/27/1951 |

Street Address | City, State and ZIP Code
c/o LAW OFFICES OF DANZ & GERBER, 1550 Hotel Circle North, Suite 170, San Diego, CA 92108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| BECHTEL CORPORATION & Bechtel Construction Co. JRS | 500 + | (949) 368-6273 |

Street Address JRS | City, State and ZIP Code
14300 Mesa Road, Bldg. G48A | San Clemente, CA 92672

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address | City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03/01/2006   Latest: 02/15/2007

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. 1. I have been employed as an Ironworker since 2004. Since March 2006 I have repeatedly been denied a reasonable accommodation. Instead, Dave Smith (Ironworker Foreman), continued to assign me work which exceeded my medical restrictions. ~~I went out on medical leave~~ but was released to return to work by my physician in October 2006. However, my employer has refused to allow me to return to work in retaliation for having requested an accommodation. I was terminated on a Medical Reduction in force.

II. Ryan Bowler, General Foreman, stated I must be 100% healed before I can return to work. He said it is Bechtel's Policy. JRS

III. I believe I was discriminated against due to my disability and retaliated against for having requested an accommodation ~~and for having raised issues of unsafe working conditions~~ in violation of The Americans with Disabilities Act of 1990, as amended. The safety Dept. for Southern California Edison also got involved. JRS

RECEIVED MAR 19 2007
EEOC/LADO INTAKE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the above is true and correct.

03/16/07   [signature] James Richard [Stiefel]
Date       Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161-B (3/98)　　　　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: James Stiefel<br>C/O Law Offices Of Danz & Gerb<br>1550 Hotel Circle North<br>San Diego, CA 92108 | From: Los Angeles District Office<br>255 E. Temple St. 4th<br>Los Angeles, CA 90012 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2007-01344 | Bruce W. Autry,<br>Investigator | (213) 894-5079 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)　　　　　　　　　　Olophius E. Perry,　　　　　　　／／／／
　　　　　　　　　　　　　　　　District Director　　　　　　　　(Date Mailed)

cc: Mary Moreton　　　　　　　　　　　　　Marcus Jackson, Esq.
　　Human Resources　　　　　　　　　　　1550 Hotel Circle North
　　BECHTEL CORPORATION　　　　　　　　Suite 170
　　50 Beale Street　　　　　　　　　　　San Diego, CA 92108
　　San Francisco, CA 94105

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Stephen F. Danz, Esq. (CSBN 063137) <br> Marcus Jackson, Esq. (CSBN 205792) <br> Danz & Gerber 1550 Hotel Circle Avenue North, Suite 170 <br> San Diego, CA 92108 | |
| TELEPHONE NO.: (619) 297-9400   FAX NO.: (619) 297-9444 | |
| ATTORNEY FOR (Name): Plaintiff JAMES RICHARD STIEFEL | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO <br> STREET ADDRESS: 325 South Melrose <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Vista, CA 92081 <br> BRANCH NAME: North County Regional Center | 2007 OCT 11 AM 8:58 |
| CASE NAME: Stiefel v. Bechtel Corporation, et al. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder <br> Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 37-2007-00056953-CU-OE-NC <br> JUDGE: <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)

   **Employment**
   [ ] Wrongful termination (36)
   [✓] Other employment (15)

   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)

   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)

   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)

   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [ ] Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[✓] monetary   b.[✓] nonmonetary; declaratory or injunctive relief   c.[✓] punitive
4. Number of causes of action (specify): 3, disability discrimination, failure to accommodate, retaliation
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 10, 2007
Marcus Jackson, Esq.
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007]     **CIVIL CASE COVER SHEET**     Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 <br> www.courtinfo.ca.gov

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 325 S. Melrose |
| MAILING ADDRESS: | 325 S. Melrose |
| CITY AND ZIP CODE: | Vista, CA 92081 |
| BRANCH NAME: | North County |
| TELEPHONE NUMBER: | (760) 806-6347 |

| PLAINTIFF(S) / PETITIONER(S): | James Richard Stiefel |
|---|---|
| DEFENDANT(S) / RESPONDENT(S): | Bechtel Corporation et.al. |

STIEFEL VS. BECHTEL CORPORATION

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER:<br>37-2007-00056953-CU-OE-NC |
|---|---|

Judge: Michael B. Orfield                                                                 Department: N-28

**COMPLAINT/PETITION FILED:** 10/11/2007

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE NUMBER: 37-2007-00056953-CU-OE-NC          CASE TITLE: Stiefel vs. Bechtel Corporation

## **NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE**

You are required to serve a copy of this Notice to Litigants/ADR Information Package and a copy of the blank Stipulation to Alternative Dispute Resolution Process (received from the Civil Business Office at the time of filing) with a copy of the Summons and Complaint on all defendants in accordance with San Diego Superior Court Rule 2.1.5, Division II and CRC Rule 201.9.

## ADR POLICY

It is the policy of the San Diego Superior Court to strongly support the use of Alternative Dispute Resolution ("ADR") in all general civil cases. The court has long recognized the value of early case management intervention and the use of alternative dispute resolution options for amenable and eligible cases. The use of ADR will be discussed at all Case Management Conferences. It is the court's expectation that litigants will utilize some form of ADR – i.e. the court's mediation or arbitration programs or other available private ADR options as a mechanism for case settlement before trial

## ADR OPTIONS

**1) CIVIL MEDIATION PROGRAM:** The San Diego Superior Court Civil Mediation Program is designed to assist parties with the early resolution of their dispute. All general civil independent calendar cases, including construction defect, complex and eminent domain cases are eligible to participant in the program. Limited civil collection cases are not eligible at this time. San Diego Superior Court Local Rule 2.31, Division II addresses this program specifically. Mediation is a non- binding process in which a trained mediator 1) facilitates communication between disputants, and 2) assists parties in reaching a mutually acceptable resolution of all or part of their dispute. In this process, the mediator carefully explores not only the relevant evidence and law, but also the parties' underlying interests, needs and priorities. The mediator is not the decision-maker and will not resolve the dispute – the parties do. Mediation is a flexible, informal and confidential process that is less stressful than a formalized trial. It can also save time and money, allow for greater client participation and allow for more flexibility in creating a resolution.

**Assignment to Mediation, Cost and Timelines:** Parties may stipulate to mediation at any time up to the CMC or may stipulate to mediation at the CMC. Mediator fees and expenses are split equally by the parties, unless otherwise agreed. Mediators on the court's approved panel have agreed to the court's payment schedule for county-referred mediation: $150.00 per hour for each of the first two hours and their individual rate per hour thereafter. Parties may select any mediator, however, the court maintains a panel of court-approved mediators who have satisfied panel requirements and who must adhere to ethical standards. All court-approved mediator fees and other policies are listed in the Mediator Directory at each court location to assist parties with selection. **Discovery:** Parties do not need to conduct full discovery in the case before mediation is considered, utilized or referred. **Attendance at Mediation:** Trial counsel, parties and all persons with full authority to settle the case must personally attend the mediation, unless excused by the court for good cause.

**2) JUDICIAL ARBITRATION:** Judicial Arbitration is a binding or non-binding process where an arbitrator applies the law to the facts of the case and issues an award. The goal of judicial arbitration is to provide parties with an adjudication that is earlier, faster, less formal and less expensive than trial. The arbitrator's award may either become the judgment in the case if all parties accept or if no trial de novo is requested within the required time. Either party may reject the award and request a trial de novo before the assigned judge if the arbitration was non-binding. If a trial de novo is requested, the trial will usually be scheduled within a year of the filing date.

**Assignment to Arbitration, Cost and Timelines:** Parties may stipulate to binding or non-binding judicial arbitration or the judge may order the matter to arbitration at the case management conference, held approximately 150 days after filing, if a case is valued at under $50,000 and is "at issue". The court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. In addition, if parties select an arbitrator from the court's panel, the court will pay the arbitrator's fees. Superior Court

**3) SETTLEMENT CONFERENCES:** The goal of a settlement conference is to assist the parties in their efforts to negotiate a settlement of all or part of the dispute. Parties may, at any time, request a settlement conference before the judge assigned to their case; request another assigned judge or a pro tem to act as settlement officer; or may privately utilize the services of a retired judge. The court may also order a case to a mandatory settlement conference prior to trial before the court's assigned Settlement Conference judge.

**4) OTHER VOLUNTARY ADR:** Parties may voluntarily stipulate to private ADR options outside the court system including private binding arbitration, private early neutral evaluation or private judging at any time by completing the "Stipulation to Alternative Dispute Resolution Process" which is included in this ADR package. Parties may also utilize mediation services offered by programs that are partially funded by the county's Dispute Resolution Programs Act. These services are available at no cost or on a sliding scale based on need. For a list of approved DRPA providers, please contact the County's DRPA program office at (760) 726-4900.

**ADDITIONAL ADR INFORMATION:** For more information about the Civil Mediation Program, please contact the Civil Mediation Department at (619) 515-8908. For more information about the Judicial Arbitration Program, please contact the Arbitration Office at (619) 531-3818. For more information about Settlement Conferences, please contact the Independent Calendar department to which your case is assigned. Please note that staff can only discuss ADR options and cannot give legal advice.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 325 S. Melrose | |
| MAILING ADDRESS: 325 S. Melrose | |
| CITY, STATE, & ZIP CODE: Vista, CA 92081-6695 | |
| BRANCH NAME: North County | |

| PLAINTIFF(S): James Richard Stiefel |
|---|
| DEFENDANT(S): Bechtel Corporation et.al. |
| SHORT TITLE: STIEFEL VS. BECHTEL CORPORATION |

| STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS (CRC 3.221) | CASE NUMBER: 37-2007-00056953-CU-OE-NC |
|---|---|

Judge: Michael B. Orfield                                                       Department: N-28

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution process. Selection of any of these options will not delay any case management time-lines.

☐ Court-Referred Mediation Program            ☐ Court-Ordered Nonbinding Arbitration

☐ Private Neutral Evaluation                 ☐ Court-Ordered Binding Arbitration (Stipulated)

☐ Private Mini-Trial                         ☐ Private Reference to General Referee

☐ Private Summary Jury Trial                 ☐ Private Reference to Judge

☐ Private Settlement Conference with Private Neutral   ☐ Private Binding Arbitration

☐ Other (specify): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

Alternate: (mediation & arbitration only) _____

Date: _____                          Date: _____

Name of Plaintiff                            Name of Defendant

Signature                                    Signature

Name of Plaintiff's Attorney                 Name of Defendant's Attorney

Signature                                    Signature

(Attach another sheet if additional names are necessary). It is the duty of the parties to notify the court of any settlement pursuant to California Rules of Court, 3.1385. Upon notification of the settlement the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court and all un-served, non-appearing or actions by names parties are dismissed.

IT IS SO ORDERED.

Dated: 10/11/2007

_____
JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 01-07)        STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION        Page: 1

**CERTIFICATE OF SERVICE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**JAMES RICHARD STIEFEL v. BECHTEL CORPORATION**

I am employed in the City of San Francisco, County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 101 Second Street, Suite 1800, San Francisco, CA 94105. On January 10, 2008, I served the following document(s):

**DEFENDANTS' NOTICE REGARDING EXHIBIT**

On the following person(s):

Marcus Jackson
Dans and Garber
1550 Hotel Circle Avenue North, Suite 170
San Diego, CA 92108
(619) 297-9444

Attorneys for Plaintiff JAMES RICHARD STIEFEL

Said documents were served by submitting them to the United States District Court for the Southern District of California's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2008 at San Francisco, California.

_____
Mary Yow

SF #1390230 v1

CERTIFICATE OF SERVICE

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On January 10, 2008, I served the following titled documents:

DEFENDANTS' NOTICE REGARDING EXHIBIT

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Stephen F. Danz
Danz & Gerber
13418 Ventura Boulevard
Sherman Oaks, CA 91423

Marcus Jackson
Dans and Garber
1550 Hotel Circle Avenue North, Suite 170
San Diego, CA 92108

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2007, at San Francisco, California.

_____
Mary Yow

SF #1392307 v1

PROOF OF SERVICE BY MAIL