1  THOMAS M. MCINERNEY, CA BAR NO. 162055
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  101 Second Street, Suite 1800
   San Francisco, CA 94105-3606
3  Tel. 415.371.1200
   Fax 415.371.1211
4
   Attorneys for Defendants
5  BECHTEL CORPORATION and
   BECHTEL CONSTRUCTION COMPANY
6

7

8                UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11
   JAMES RICHARD STIEFEL,                 Case No.: 08 CV 0037 H (WMc)
12
                    Plaintiff,            **DEFENDANTS' NOTICE OF MOTION
13                                        AND MOTION IN SUPPORT OF THEIR
          vs.                             MOTION TO DISMISS AND/OR TO
14                                        STRIKE**
   BECHTEL CORPORATION and BECHTEL        (Fed. R. Civ. Proc. 12(b)(1), 12(b)(6), 12(f))
15 CONSTRUCTION COMPANY,
                                          Date: February 11, 2008
16                  Defendants.           Time: 10:30 a.m.
                                          Judge: Honorable Marilyn L. Huff
17                                        Courtroom 13, 5th Floor

18

19

20

21

22

23

24

25

26

27

28

SF #1393049 v1

TO PLAINTIFF JAMES RICHARD STIEFEL AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on February 11, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 13 of the above-entitled court, before the Honorable Marilyn L. Huff, defendants Bechtel Corporation and Bechtel Construction Company will, and hereby do, move for an order dismissing Stiefel's causes of action to the extent they are based on claims time-barred by his failure to file a timely EEOC charge by June 7, 2006. Alternatively, the defendants request that, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the Court strike the portion of the claims that are based on time-barred employment actions, specifically his claims that:

(a) on February 9, 2006, he was allegedly reprimanded by Jim Foral (Request for Judicial Notice, Exh. E, ¶ 23);

(b) on February 16, 2006, and thereafter, he was assigned tasks "which required the use of both hands even though other tasks were available and it was both painful and dangerous for MR. STIEFEL to do so" (Request for Judicial Notice, Exh. E, ¶ 27); and

(b) on March 6, 2006, Stiefel was laid off in a "medical reduction in force" (Request for Judicial Notice, Exh. E, ¶¶ 28-29) for discriminatory and retaliatory reasons.

This motion is based on this notice and motion, the accompanying memorandum of points and authorities, the Request for Judicial Notice, and the pleadings on file with this Court.

Dated: January 14, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By     s/Thomas M. McInerney
Thomas M. McInerney
Attorneys for Defendants
Bechtel Corporation and
Bechtel Construction Company

SF #1393049 v1                                    -1-

DEFENDANTS' NOTICE OF MOTION AND MOTION IN SUPPORT OF THEIR MOTION TO DISMISS AND/OR TO STRIKE
(Fed. R. Civ. Proc. 12(b)(1), 12(b)(6), 12(f))