FILED
08 JAN 24 PM 4:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PM DEPUTY

MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Thelen Reid Brown Raysman & Steiner LLP<br>101 2nd St., Ste. 1800<br>San Francisco, CA 94105<br><br>TELEPHONE NO.: 415-371-1200   FAX NO. (Optional): 415-371-1211<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Bechtel Construction Co. and Bechtel Corp. | |
| USDC for S.D. of Cal.<br>STREET ADDRESS: 880 Front St.<br>MAILING ADDRESS: Dept. 13<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: | |
| CASE NAME:<br>Stiefel v. Bechtel Construction Company and Bechtel Corporation | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>08CV0037H (WMc) |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Bechtel Corp., et al.   makes the following substitution:
1. Former legal representative   ☐ Party represented self   ☑ Attorney (name): Thelen Reid et al.
2. New legal representative   ☐ Party is representing self   ☑ Attorney
   a. Name: Thomas M. McInerney   b. State Bar No. (if applicable): 162055
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
      Steuart Tower, Suite 1300, One Market Plaza, San Francisco, CA 94105
   d. Telephone No. (include area code): 415-442-4810
3. The party making this substitution is a   ☐ plaintiff ☑ defendant ☐ petitioner ☐ respondent ☐ other (specify):
   Bechtel Construction Company and Bechtel Corporation

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**
- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: 1/23/08
   Michael Fletcher
   (TYPE OR PRINT NAME)   (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 1-23-08   Robert A. Dolinko
   (TYPE OR PRINT NAME)   (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: 1/23/08
   Thomas M. McInerney
   (TYPE OR PRINT NAME)   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]
SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)
Code of Civ. Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362