FILED

08 JAN 24 PM 4:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL ,<br><br>              Plaintiff,<br>vs.<br><br>BECHTEL CORPORATION and<br>BECHTEL CONSTRUCTION<br>COMPANY,<br><br>              Defendants. | CASE NO. 08-CV-0037-H (WMc)<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL |

On January 23, 2008, Defendants submitted the attached Substitution of Attorney directly to chambers. The Court approves the substitution, and the Clerk shall update the docket accordingly. In the future, however, the parties should submit any substitution of attorney as a proposed order in pleading format.

IT IS SO ORDERED

Dated: 1-24-08

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.

- 1 -

08cv37