1  **DANZ & GERBER**
   STEPHEN F. DANZ SBN 68318
2  13418 VENTURA BOULEVARD
   SHERMAN OAKS, CA. 91423
3  TEL: (818) 783-7300  FAX: (818) 995-7159

4  **DANZ & GERBER**
   MARCUS JACKSON SBN 205792
5  1550 HOTEL CIRCLE NORTH, SUITE 170
   SAN DIEGO, CA. 92108
6  TEL: (619) 297-9400  FAX: (619) 297-9444

7  Attorney for Plaintiff JAMES RICHARD STIEFEL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RICHARD STIEFEL, an individual; | CASE NO.: 08 CV 0037 H (WMc) |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; DECLARATION OF MARCUS JACKSON, ESQ.** |
| v. | |
| BECHTEL CORPORATION, a Corporation; BECHTEL CONSTRUCTION COMPANY, a Corporation; and DOES 1 through 100, INCLUSIVE, | |
| Defendants. | Judge: The Honorable Marilyn L. Huff<br>Court: Courtroom 13, 5th Floor<br>Date: February 11, 2008<br>Time: 10:30 a.m. |

Pursuant to Federal Rule of Evidence 201, Plaintiff JAMES RICHARD STIEFEL respectfully request that this Court take judicial notice of the following documents reflecting administrative action pertaining to the issues raised in Defendant's Motion to Dismiss and/or to Strike.

Exhibit A:    Right to Sue Notice from California Department of Fair Employment and Housing dated December 19, 2006.

1.
REQUEST FOR JUDICIAL NOTICE RE OPPOSITION TO MOT. TO DISMISS
08 CV 0037 H (WMc)

Judicial notice of this document is appropriate in connection with a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(c). *See Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F. 3d 971, 981 n. 18 (9th Cir. 1999).

DANZ & GERBER

DATED: January 28, 2008    By:  /s/ Marcus Jackson
STEPHEN F. DANZ, ESQ.
MARCUS JACKSON, ESQ.
Attorney for Plaintiff
JAMES RICHARD STIEFEL

### DECLARATION OF MARCUS JACKSON, ESQ.

I, Marcus Jackson, Esq., declare:

1. I am an attorney at law duly licensed to practice before this Court and am employed by Danz & Gerber, counsel of record for Plaintiff JAMES RICHARD STIEFEL. The following statements are based upon my personal knowledge. If called upon to do so, I would competently testify to them. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss and/or to Strike.

2. The document attached hereto as Exhibit A is a true and correct copy of the Right to Sue Letter received from the DFEH dated December 19, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 28, 2008, at San Diego, California.

 /s/ Marcus Jackson
MARCUS JACKSON, ESQ.

# Exhibit A

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                         ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1350 Front Street, Suite 3005 San Diego, CA 92101
(619) 645-2681  TTY (800) 700-2320  Fax (619) 645-2683
www.dfeh.ca.gov



December 19, 2006


JAMES RICHARD STIEFEL
33872 Orilla Road #C
Dana Point, CA 92629

    RE:    E200607D0659-00-pc
            STIEFEL/BECHTEL CORPORATION

Dear JAMES RICHARD STIEFEL:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective December 15, 2006 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Belinda LeDoux*

Belinda LeDoux
District Administrator


cc:   Case File












Director
Human Resources/Personnel
BECHTEL CORPORATION
50 Beale Street
San Francisco, CA  94105

DFEH-200-43 (06/06)