1  THOMAS M. McINERNEY, Cal. Bar No. 162055
   tmm@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza, Suite 1300
   San Francisco, California 94105
4  Telephone:   415-442-4871
   Facsimile:   415-442-4870
5
   Attorneys for Defendants
6  BECHTEL CORPORATION and BECHTEL
   CONSTRUCTION COMPANY
7

8            UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | JAMES RICHARD STIEFEL, | Case No. 08 CV 0037 H (WMc) |
|---|---|---|
| 12 | Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND/OR TO STRIKE AND FOR SANCTIONS** |
| 13 | v. | (Fed. R. Civ. Proc. 12(b)(6), 12(f); 28 U.S.C. § 1927) |
| 14 | BECHTEL CORPORATION and BECHTEL CONSTRUCTION COMPANY, | |
| 15 | Defendants. | Date: May 5, 2008<br>Time: 10:30 a.m. |
| 16 | | Judge.: Honorable Marilyn L. Huff<br>Courtroom 13, 5th Floor |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND/OR TO STRIKE AND FOR SANCTIONS

TO PLAINTIFF JAMES RICHARD STIEFEL AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on May 5, 2008, at 10:30 a.m., or as soon thereafter s the matter may be heard, in Courtroom 13 of the above-entitled court, before the Honorable Marilyn L. Huff, defendants Bechtel Corporation and Bechtel Construction Company will, and hereby do, move for an order dismissing Stiefel's causes of action to the extent they are based on claims time-barred by his failure to file a timely EEOC charge and because his First Amended Complaint fails to comply with this Court's February 7, 2008 order. Alternatively, the defendants request that, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the Court strike the portions of the claims that are time-barred, including his claims of discrimination, failure to accommodate, and retaliation occurring prior to his March 2006 layoff. Further, defendants request dismissal and/or the striking of his claims under the Americans with Disabilities Act ("ADA") for the period May 2006 to late October 2006 because, by his own allegations, he was not a "qualified individual" under the ADA during this period. Defendants further move pursuant to 28 U.S.C. § 1927 and the Court's inherent power for sanctions for Stiefel's bad faith re-filing of claims previously held by this Court to be time-barred.

This motion is based on this notice and motion, the accompanying memorandum of points and authorities, and the pleadings on file with this Court.

DATED: March 26, 2008

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: __/s/ Thomas M. McInerney__
Thomas M. McInerney
Attorneys for Defendants
BECHTEL CORPORATION and BECHTEL CONSTRUCTION COMPANY