**STEPHEN DANZ & ASSOCIATES**
STEPHE F. DANZ SBN 68318
(sfdanz@aol.com)
MARCUS JACKSON SBN 205792
(marcus@jacksonlitigation.com)
1550 HOTEL CIRCLE NORTH, SUITE 170
SAN DIEGO, CA 92108
TEL: (619) 297-9400
FAX: (619) 297-9444

Attorney for Plaintiff JAMES RICHARD STIEFEL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION, a Corporation; BECHTEL CONSTRUCTION COMPANY, a Corporation; and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 08 CV 0037 H (WMc)<br><br>**DECLARATION OF MARCUS JACKSON, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/OR TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT AND REQUEST FOR SANCTIONS**<br><br>Judge: The Honorable Marilyn L. Huff<br>Court:  Courtroom 13, 5th Floor<br>Date: May 5, 2008<br>Time:   10:30 a.m. |

I, Marcus Jackson, Esq., declare:

1. I am an attorney at law duly licensed to practice before this Court and am employed by Stephen Danz & Associates (formerly Danz & Gerber) counsel of record for Plaintiff JAMES RICHARD STIEFEL. The following statements are based upon my personal knowledge. If called upon to do so, I would competently testify to them. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss and/or to Strike the First Amended Complaint and for Sanctions.

1.
DECL. OF MARCUS JACKSON, ESQ. IN OPPOSITION TO MOT. TO DISMISS/STRIKE
08 CV 0037 H (WMc)

2.      This matter, case number 08CV0037, was initially filed by Plaintiff in the Superior Court of San Diego County, North County Division, in November 2007. In January 2008 Defendant removed this action to this Court. Defendant's Notice of Removal, which appears as entry number one on the electronic docket for this case, included Plaintiff's Complaint that had been filed in the Superior Court but did not attach the various pages that were attached as Exhibit A to the Complaint. These pages include charges and correspondence between Plaintiff and the EEOC and *inter alia* show that Plaintiff first filed a charge of discrimination with the EEOC in January 2008.

3.      Defendants, apparently looking to correct this defect, submitted a Notice Regarding Exhibit, which indicated that Exhibit A to the Complaint in Superior Court had been omitted from the Notice of Removal and included the missing papers. This Notice Regarding Exhibit and attachment is entry number four on the electronic docket for this case.

4.      A mere four days after the Notice Regarding Exhibit was filed, Defendants filed a Motion to Dismiss along with a Request for Judicial Notice that included several exhibits Defendants asked the Court to consider in reviewing the motion. Inexplicably Defendants attached the admittedly incomplete Complaint, missing exhibit A, as Exhibit E to their Request for Judicial Notice in Support of the Motion to Dismiss filed in January 2008.

5.      Moreover, Defendants went ahead and selectively attached a portion of the missing Complaint exhibit A, two pages showing a supplemental EEOC filing in March 2007, as Exhibit F to their Request for Judicial Notice. The Request for Judicial Notice and exhibits thereto are part of docket entry number five on the electronic docket for this case. As the complete exhibit A to the initial Complaint shows, Plaintiff first field with the EEOC in January 2007 and submitted a supplemental statement in March 2007. To make this clear Plaintiff has separated the former Exhibit A into three separate exhibits in the First Amended Complaint.

/ / /

/ / /

/ / /

2.
DECL. OF MARCUS JACKSON, ESQ. IN OPPOSITION TO MOT. TO DISMISS/STRIKE

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration was executed on April 21, 2008, at San Diego,
3  California.

/s/ Marcus Jackson
MARCUS JACKSON, ESQ.