# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BECHTEL CORPORATION, a corporation; BECHTEL CONSTRUCTION COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 08-CV-0037 H (WMC)<br><br>**ORDER SUBMITTING DEFENDANTS' MOTION TO DISMISS AND/OR TO STRIKE AND REQUEST FOR SANCTIONS** |

On March 26, 2008, Defendants filed a motion to dismiss and/or to strike Plaintiff's first amended complaint and a request for sanctions. (Doc. No. 13.) Plaintiff filed a response in opposition on April 21, 2008. (Doc. No. 15.) The Court finds the motions suitable for decision without oral argument pursuant to the Court's discretion under Civil Local Rule 7.1(d)(1) and therefore vacates the hearing set for May 5, 2008. If Defendants wish to file a reply to Plaintiff's opposition, they should do so on or before April 28, 2008

IT IS SO ORDERED.

DATED: April 25, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT