**STEPHEN DANZ & ASSOCIATES**
STEPHEN F. DANZ SBN 68318
(sfdanz@aol.com)
MARCUS JACKSON SBN 205792
(marcus@jacksonlitigation.com)
1550 HOTEL CIRCLE NORTH, SUITE 170
SAN DIEGO, CA 92108
TEL: (619) 297-9400
FAX: (619) 297-9444

Attorney for Plaintiff JAMES RICHARD STIEFEL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION, a Corporation;<br>BECHTEL CONSTRUCTION COMPANY,<br>a Corporation; and DOES 1 through 100,<br>INCLUSIVE,<br><br>Defendants. | CASE NO.: 08 CV 0037 H (WMc)<br><br>**PLAINTIFF'S NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT**<br><br>Judge: The Honorable Marilyn L. Huff<br>Court:  Courtroom 13, 5th Floor |

TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

Plaintiff JAMES RICHARD STIEFEL gives notice that, upon review of Defendants' Reply in Support of their Demurrer and Motion to Strike the First Amended Complaint, Plaintiff's counsel noticed that the First Amended Complaint, at paragraph 52, unintentionally included the allegation that Plaintiff was fired as a basis for recovery within Plaintiff's cause of action for Retaliation in Violation of the Americans With Disabilities Act.  Plaintiff's intent was to limit this cause of action

1.
NOTICE OF ERRATA
08 CV 0037 H (WMc)

1 | to seek recovery for incidents occurring since May 2006, as stated in paragraph 51, and only rely upon the fact of his termination as background factual information, as detailed in the background fact section spanning paragraphs 7-31.  Thus, Plaintiff consents to striking the first sentence of paragraph 52 from the First Amended Complaint because the statement regarding Plaintiff's termination was not intended to be alleged as a basis for Plaintiff's recovery in that, or any other cause of action.

```
                                                STEPHEN DANZ & ASSOCIATES

DATED:      April 29, 2008         By:    /s/ Marcus Jackson
                                          STEPHEN F. DANZ, ESQ.
                                          MARCUS JACKSON, ESQ.
                                          Attorneys for Plaintiff
                                          JAMES RICHARD STIEFEL
```