PROOF OF SERVICE
UNITED STATES DISTRICT COURT
SOUHTERN DISTRICT OF CALIFORNIA
JAMES RICHARD STIEFEL v. BECHTEL CORPORATION et al.
CASE NUMBER O8CV0037 H (WMc)

I am employed in the City of San Diego, County of San Diego, State of California. I am over the age of l8 years and not a party to the within action. My business address is 1550 Hotel Circle Avenue North, Suite 170 San Diego, CA 92108. On the below date I served the following documents:

**PLAINTIFF'S NOTICE OF ERRATA REGARDING FIRST AMENDED COMPLAINT**

On the following person(s):

Thomas M. McInerney, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105

Attorneys for Defendants BECHTEL CORPORATION and BECHTEL CONSTRUCTION COMPANY

Said documents were served by submitting them to the United States District Court for the Southern District of California's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 29, 2008 at San Diego, California.

                                                                                                                                                       /s/ Marcus Jackson
                                                                                                                                                      Marcus Jackson, Esq.