# CERTIFICATE OF SERVICE BY UNITED STATES MAIL

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

On June 5, 2008, I served the following document(s) described as: **DEFENDANT BECHTEL CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, on the persons below as follows:

Stephen F. Danz                              *Attorneys for Plaintiff*
Stephen Danz & Associates
11611 San Vicente Boulevard Suite 500
Los Angeles, CA 90049 5113

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐  deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒  placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐  (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 5, 2008, at San Francisco California.

Jovania Faamaligi                                      *[signature]*
Type Name                                              Signature

* (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)

6402400_1