STEPHEN F. DANZ, CA BAR NO. 68318
MARCUS JACKSON, CA BAR NO. 205792
STEPHEN DANZ & ASSOCIATES
1550 Hotel Circle North, Suite 170
San Diego, CA. 92108
Tel: (619) 297-9400
Fax: (619) 297-9444

Attorneys for Plaintiff
JAMES RICHARD STIEFEL

THOMAS M. MCINERNEY, CA BAR NO. 162055
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel.: (415) 442-4871
Fax: (415) 442-4870

Attorneys for Defendants
BECHTEL CORPORATION
and BECHTEL CONSTRUCTION COMPANY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARD STIEFEL, an individual;<br><br>            Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION, a Corporation;<br>BECHTEL CONSTRUCTION COMPANY,<br>a Corporation; and DOES 1 through 100,<br>INCLUSIVE,<br><br>            Defendants. | Case No.: 08 CV 0037 H (WMc)<br><br>**JOINT DISCOVERY PLAN PURSUANT TO RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff James Richard Stiefel and Defendants Bechtel Corporation and Bechtel Construction Company, by and through their counsel of record, submit the following joint discovery plan:

1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for the parties have conferred regarding discovery.

2. **INITIAL DISCLOSURES**:

The parties have exchanged the information and documents required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

3. **DISCOVERY PLAN**:

The parties agree that scope of discovery will include all issues of liability, causation and damages pertaining to Plaintiff's causes of action and claims for relief as well as all of Defendants' affirmative defenses.

**Witnesses:**

Plaintiff anticipates calling the following individuals at this time, as well as potentially those listed by Defendant, while reserving the right to call additional witnesses as discovery and investigation continue:

    a. James Richard Stiefel

May be contacted through Plaintiff's counsel, will offer testimony on all issues including his termination, the alleged failure to accommodate his disability and the alleged unsafe working conditions at Bechtel leading to his injury as well as the alleged retaliation he suffered for complaining to safety supervisors.

    b. Rachel Stiefel

Wife of Plaintiff (may be contacted through Plaintiff's counsel) will offer testimony regarding alleged unsafe working conditions, alleged retaliation against employees who complain about unsafe working conditions, the alleged pain and suffering suffered by Plaintiff including economic and non-economic injuries.

    c. Ron Solis

Current Bechtel employee (contact info. unknown), can offer information regarding the alleged unsafe working conditions leading to Plaintiff's injury on the job.

    d.    Jose Serrano

Current Bechtel employee (contact info. unknown), can offer information regarding the alleged unsafe working conditions leading to Plaintiff's injury on the job.

    e.    Earl Miller, M.D.

665 Camino de los Mares, #106 San Clemente, CA 92673 (949) 493-9344. He has information regarding Plaintiff's injuries, his treatment, and his need for an accommodation.

    f.    Dan Stemple

Current Volt (another SCE contractor) employee (contact info. unknown), can offer information regarding Plaintiff's contacting Edison about his injuries and alleged need for medical attention as well as the details of Plaintiff's termination.

    g.    John Patterson

Current SCE employee (contact info. unknown), can offer information regarding the alleged failure of Bechtel to accommodate Plaintiff's disability and the fact that no retaliation should result because Plaintiff spoke to Edison about his injuries and working conditions.

    h.    James Edgar

Current Bechtel employee (contact info. unknown), can offer information regarding Plaintiff's claim that Bechtel made no effort to accommodate Plaintiff.

    i.    Barry Clark

Current Bechtel Site Manager at SONGS, participant in alleged retaliation against Plaintiff.

    j.    Gus G. Gialamas, M.D.

653 Camino de los Mares, Suite 109, San Clemente, CA 92673 (949) 661-2423, will offer information regarding Plaintiff's injuries, course of treatment and need for accommodation at work.

    k.    Daniel Tharp

1           Current Bechtel employee (contact info. unknown), can offer information regarding Bechtel's ability to accommodate disabling injuries as was done in his case.

          l.    Vlado Marjanovich

          Current Bechtel employee ((760) 966-0124), can offer information regarding alleged harassment of Bechtel employees who raise safety concerns and the ability of Bechtel to accommodate disabilities.

          m.    Kris Menne

          Current Bechtel employee (contact info. unknown), can offer information regarding Bechtel's willingness to accommodate disabilities as well as the implementation of medical reductions in force.

          n.    Sue Compton

          Current Bechtel employee (contact info. unknown), can offer information regarding the alleged fact that her own work injury was accommodated by Bechtel providing light duty.

          o.    David Peabody

          Current Bechtel employee ((619) 477-9353), can offer information regarding unsafe working conditions at Bechtel and the alleged failure to accommodate Plaintiff's disability.

          q.    Aracely Valencia

          Current Bechtel employee, address unknown, with information regarding alleged hostility shown to employees who complain of injuries and unsafe working conditions.

          r.    Robert Lutz

          Current Volt employee (contact info. unknown), can offer information regarding Plaintiff's alleged ability to work despite his injuries.

          s.    Richard Williams

          Current Volt employee (contact info. unknown), can offer information regarding Plaintif's alleged ability to work despite his injury and the wrongful termination of Plaintiff.

          t.    Dale Dinwiddle

          Current SCE employee (contact info. unknown), can offer information regarding Plaintiff's work ethic and strong job performance.

1         u.      Frank Bannister

2       Current Bechtel employee (contact info. unknown), can offer information regarding
3 the alleged failure to accommodate Plaintiff's injuries.

4         v.      Fred Filgo

5       Former Bechtel employee ((951) 696-1229) can offer information regarding alleged
6 retaliation against Bechtel employees who raise safety concerns.

7         w.      Breezy Rice

8       Current Bechtel employee (contact info. unknown), can offer information regarding
9 alleged hostility shown to Bechtel employees who complained of injuries.

10         x.      Omar Rosales

11       Current Bechtel employee (contact info. unknown), can offer information regarding
12 the alleged failure to accommodate Plaintiff's injuries and retaliation against Plaintiff.

13         y.      Harry Young

14       Current SCE employee, formerly employed by Bechtel who will testify he has been
15 returned to work despite disability.

16         z.      David Smith

17       Current Bechtel employee who will testify he has been returned to work without a
18 full medical release despite his disability.

19         aa.      Craig Van Note

20       Current Bechtel employee who will testify he is permitted to work despite physical
21 disability of only having one eye.

22         bb.      Joe Blair

23       Current Bechtel employee who suffered a severe motor vehicle accident and has
24 been returned to work despite severe disability.

25         cc.      Ahmed Shiubi

26       Current Bechtel employee who has suffered an on the job injury and will be
27 examined about being permitted to return to work even without a full medical release.

28         dd.      Charles Hapaala

Current Bechtel employee who will be examined current his disability (back) which is being accommodated by Bechtel.

  ee. Mark Conklin

SCE supervisor who will be deposed concerning Plaintiff's qualifications and eligibility to work.

Defendant reserves the right to supplement or amend this information, but anticipates calling the following individuals:

  a. Barry Clark

Clark can be contacted through defense counsel. Clark may testify regarding Bechtel's hiring practices at SONGS and Bechtel's post-termination efforts to hire Stiefel.

  b. Jim Foral

Foral can contacted through defense counsel. Foral may testify regarding Bechtel's hiring practices at SONGS and post-termination efforts to hire Stiefel.

  c. MikeRodriguez

Rodriguez can be contacted through defense counsel. Rodriguez can be contacted through defense counsel.

  d. Bonnie Hood

Hood can be contacted at AIGDC, 3131 Camino del Rio North, San Diego, CA 92108 (619) 688-3725. Hood may testify regarding Stiefel's worker's compensation case, his worker's compensation rating, and his ability to work.

  e. W.N. "Bill" Stuckey

Stuckey can be contacted at 5155 Mercury Point, San Diego, CA 92111, 858-571-5238. Stuckey may testify regarding plaintiff's damages, if any, including his alleged mitigation of damages, if any.

**Discovery Dates and Limitations:**

The parties agree that all discovery, except expert discovery, shall be completed by March 30, 2009.

1    Both parties agree to the limits on interrogatories and depositions as set forth in the Federal
2 Rules of Civil Procedure.
3    Defendants propose that Plaintiff shall designate his expert witness, if any, pursuant to
4 Rule 26(a)(1) by February 27, 2009.  Such discovery shall contain the information described in
5 Rule 26(a)(2)(B).  Defendant shall designate his expert witness by March 20, 2009.  The parties
6 shall designate rebuttal experts, if any, by April 3, 2009.  Supplemental expert disclosures under
7 Rule 26(a)(2)(B), if any, shall be exchanged by April 10, 2009.  All expert depositions shall be
8 completed by May15, 2009.  Plaintiff requests that the parties simultaneously designate experts,
9 otherwise he is in agreement with Defendant's proposed deadlines.

STEPHEN DANZ & ASSOCIATES

DATED: September 19, 2008        By:    __/s/Marcus Jackson_____
STEPHEN F. DANZ, ESQ.
MARCUS JACKSON, ESQ.
Attorneys for Plaintiff
JAMES RICHARD STIEFEL

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

DATED:  September 19, 2008        By      /s/ Thomas M. McInerney_____
THOMAS M. MCINERNEY, ESQ.
Attorneys for Defendants
BECHTEL CORPORATION and BECHTEL
CONSTRUCTION COMPANY